IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ATLANTIS HEALTH CARE GROUP [PUERTO RICO), INC.

XX-XXX6648

Debtor(s)

CASE NO. 04-10645 GAC

Chapter 11

FILED & ENTERED ON 8/22/2005

### ORDER DISMISSING CASE

Pursuant to our order of 8/12/2005 and no timely objections having been presented to the motion for voluntary dismissal filed by debtor (docket #188) on August 12, 2005,

IT IS ORDERED that the case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 22 day of August, 2005.

GERARDO CARLO ALTIERI
U.S. Bankruptcy Judge

cc: All creditors